**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1357**

IFTIKHAR H. SAIYED,

          Plaintiff - Appellant,

     v.

SHARON PRESLEY; NATIONWIDE MUTUAL INSURANCE COMPANY; 3-S
NETWORK INC.,

          Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, Senior
District Judge.  (1:14-cv-22165)

Submitted:  August 20, 2015          Decided:  August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Iftikhar H. Saiyed, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iftikhar H. Saiyed appeals the district court's order dismissing his civil action against Defendants. The district court referred this case to a magistrate judge, pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that the action be dismissed and advised Saiyed that failure to file timely specific objections to this recommendation would waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Saiyed has waived appellate review by failing to file objections after receiving proper notice. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2